UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD SCOTT APPLEGATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:22-cv-005152-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation (Dkt. 32), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,400.00 under 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation. Because of this ruling, Plaintiff's alternative Motion for the same fees (Dkt. 31) is DENIED as moot.

Dated: November 15, 2023

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge